UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP DAVIS, Jr., | No. 2:22-cv-1284 DB P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| MARYSVILLE POLICE DEPT., | |
| Defendant. | |

Plaintiff is a county inmate proceeding pro se. On July 20, 2022, plaintiff filed a letter with this court which initiated this matter. In an order filed August 4, this court informed plaintiff that in order to commence a civil rights action, plaintiff must file a complaint and either file a motion to proceed in forma pauperis or submit the filing fee. This court gave plaintiff thirty days to do so. Plaintiff was further informed that if he failed to comply with the August 4 order, this court would recommend that this matter be dismissed.

Thirty days have passed and plaintiff has not filed a complaint, filed a motion to proceed in forma pauperis, submitted the filing fee, or otherwise responded to the court's August 4 order. This court will recommend dismissal of this matter for plaintiff's failure to prosecute and failure to comply with court orders. E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Accordingly, the Clerk of the Court IS HEREBY ORDERED to randomly assign a district judge to this case; and

1

IT IS RECOMMENDED that this matter be dismissed for plaintiff's failure to prosecute and failure to comply with court orders. E.D. Cal. R. 110; Fed. R. Civ. P. 41.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, either party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 30, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/davi1284.fta fr